[No. 32895-0-II.   Division Two.   July 18, 2006.]

C. JAN GREGG, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-05023-1, Bryan E. Chushcoff, J., entered January 14, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.

[No. 32928-0-II.   Division Two.   July 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBER LEIGH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03972-1, Kitty-Ann van Doorninck, J., entered March 3, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.

[No. 33618-9-II.   Division Two.   July 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN M. HETRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-8-00192-9, Anna M. Laurie, J., entered August 4, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 23562-9-III.   Division Three.   July 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. W.A., JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-8-00556-5, Joseph R. Schneider, J. Pro Tem., entered October 20, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.